UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JULIAN JESSE GUTIERREZ, | ) | No. ED CV 14-2125-DDP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| E.D. DUCART, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED: 5/1/2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE